UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FREEDOM MORTGAGE CORPORATION,
          Plaintiff,

v.

**ORDER**

SHANNON ALBINO; JOZETH STEELE,
Individually and as Trustee of Family Revocable
Living Trust; HUDSON VALLEY
EMERGENCY PHYSICIAN SERVICES, PC;
and MIDDLETOWN CITY COURT,
          Defendants.
--------------------------------------------------------------x

23 CV 2831 (VB)

DATE FILED: 7/7/23

      Plaintiff commenced the instant action on April 4, 2023. (Doc. #1).

      On June 16, 2023, plaintiff docketed proof of service of the summons and complaint on each defendant. (Doc. #8). Specifically, defendant Hudson Valley Emergency Physician Services, PC, was served on April 13, 2023; defendant Shannon Albino was served on April 15, 2023; defendant Middletown City Court was served on April 19, 2023; and defendant Jozeth Steele was served on May 25, 2023. (Id.) Accordingly, Hudson Valley Emergency Physician Services, PC, had until May 4, 2023, to respond to the complaint; Shannon Albino had until May 8, 2023, to respond to the complaint; Middletown City Court had until May 10, 2023, to respond to the complaint, and Jozeth Steele had until June 15, 2023, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, none of the defendants have appeared in this action or answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **July 21, 2023**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **August 4, 2023**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: July 7, 2023
      White Plains, NY

                            SO ORDERED:

                            Vincent L. Briccetti
                            United States District Judge